# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

_James Popelaski_
         *Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 10-m-1061

Upon motion of the _defendant_____, it is ORDERED that a detention hearing is set for __9/22/10__ * at __2:00 PM__
                *Date*                                  *Time*

before __Magistrate Judge on Duty__
              *Name of Judicial Officer*

_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                  *Other Custodial Official*

Date: __9/15/10__                                __[signature]__
                                                                               *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

<u>MEMORANDUM</u>

TO: Health Services Administrator of Prison Facility
Metropolitan Correctional Center or Metropolitan Detention Center
Nassau County Jail

RE: Medical Evaluation of an Inmate

---

On the date noted below, defendant __James Podelaski__ who is currently detained, advised the Court that he/she was in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

Hypertension - Altace
Anxiety - Xanax and Lexapro
Sleep Apnea (Uses a C-Pap machine for sleeping)
Cholesterol - Crestor + Tricor (Triglycerides)

Dated: 9/15/10                                    _[signature]_
Central Islip, New York                           United States Magistrate Judge
                                                  Eastern District of New York

Lexapro   20 mg once a day
Altace    10 mg once a day
Tricor    45 mg in evening once
Crestor   10 mg once in evening
Xanax     1 mg twice a day