

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CCC
2009R01859
Discovery letter 7.wpd

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 3, 2011

<u>VIA INTEROFFICE MAIL and ECF</u>

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

      Re:  United States v. John Ebeling, et al.
           <u>Criminal Docket No. 10-696 (S-2)(JS)</u>

Dear Judge Seybert:

      The government writes to inform the Court and the parties that it sent the disks that Sean Burke provided to the government, which contained audio and video recordings made during the undercover investigation, to each of the prison facilities housing the defendants in the above-referenced case. The government sent the disks yesterday via overnight mail.

                      Very truly yours,

                      LORETTA E. LYNCH
                      UNITED STATES ATTORNEY

                      /S/

          By: _____
                James M. Miskiewicz
                Christopher C. Caffarone
                Assistant U. S. Attorneys
                631-715-7841/7868

cc:  All Parties (Via ECF)